FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2017 MAR 21  AM 11: 44

CLERK'S OFFICE
AT BALTIMORE
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. MJG 17-0155 |
| v. | (Conspiracy to Commit Access Device Fraud, 18 U.S.C. §§ 1029(a)(1) & (b)(2); Access Device Fraud, 18 U.S.C. § 1029(a)(1), (a)(3), & (a)(4); Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 2253) |
| ANNA MARIA CALDARARU and FRANCISCO DUMITRU, | |
| Defendants. | |

## INDICTMENT

## COUNT ONE
### (Conspiracy to Commit Access Device Fraud)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to the Indictment:

1.     Defendants **ANNA MARIA CALDARARU** and **FRANCISCO DUMITRU** are citizens of Romania.

2.     Automated teller machines ("ATMs") are electronic devices owned and operated by financial institutions for use by banking customers to conduct banking transactions. These transactions can include withdrawing money from individual bank accounts. ATMs are located on the premises of financial institutions and other business establishments. A standard ATM requires the user to identify herself or himself as a particular banking customer by inserting into a provided card reader a unique credit or debit card with a magnetic stripe that stores data about the user's bank account. The ATM then requires the user to verify her or his identity by typing a unique personal identification number ("PIN") onto a provided keypad. Once the correct PIN is

entered by the user, the ATM provides the user access to the user's bank account, which can include permitting the user to withdraw a specific amount of available funds from the account in the form of United States currency. Many ATMs are connected to interbank networks, which enable a banking customer to withdraw money from an account using an ATM owned and operated by a financial institution other than the financial institution that holds the account.

3.        ATM skimming devices ("ATM Skimmers") are devices that surreptitiously record account information from credit or debit cards while such cards are in use at an ATM. An ATM Skimmer is typically installed on and/or over a genuine card reader in such a way as to avoid detection by ATM users. An ATM Skimmer is typically used in conjunction with a camera either contained within the device or in a separate device. The camera is focused on the keypad of the ATM and is capable of capturing an ATM user's PIN when manually entered by the ATM user. Once the ATM Skimmer is removed from the ATM, account information recorded from credit or debit cards by the ATM Skimmer can be downloaded and matched with corresponding PINs captured by the camera. A counterfeit credit or debit card can be made by transferring a genuine card's account information to another card with a magnetic stripe. The counterfeit card can then be used with the corresponding PIN at an ATM to fraudulently withdraw funds from a bank account.

4.        From in or about October 2016, through in or about March 2017, in the District of Maryland and elsewhere, the defendants,

### ANNA MARIA CALDARARU and
### FRANCISCO DUMITRU,

and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses under Title 18, United States Code, Section 1029(a), and a party to the conspiracy engaged in conduct in furtherance of such offense, to wit:

2

a. to knowingly and with intent to defraud, in and affecting interstate commerce, produce, use and traffic in one or more counterfeit access devices, in violation of 18 U.S.C. § 1029(a)(1);

b. to knowingly and with intent to defraud, in and affecting interstate commerce, possess fifteen and more devices which were counterfeit and unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(3); and

c. to knowingly and with intent to defraud, in and affecting interstate commerce, produce, traffic in, have control and custody of, and possess device-making equipment, in violation of 18 U.S.C. § 1029(a)(4).

## Manner and Means of the Conspiracy

5. It was a part of the conspiracy that the defendants and co-conspirators known and unknown affixed ATM Skimmers to bank ATMs over the machines' card readers for the purpose of capturing a bank customer's debit or credit card account numbers as the customer accesses his or her account.

6. It was further part of the conspiracy that the defendants and co-conspirators known and unknown affixed cameras to the ATMs or inside the ATM vestibules for the purpose of capturing a bank customer's PIN number as the customer types the number into the ATM using the ATM key pads or screens.

7. It was further part of the conspiracy that the defendants and co-conspirators known and unknown encoded the magnetic stripes of plastic cards with the compromised account numbers.

8. It was further part of the conspiracy that the defendants and co-conspirators known and unknown used fraudulently created debit cards with the stolen PIN numbers to make

3

unauthorized transactions.

## Conduct in Furtherance of the Conspiracy

9. In furtherance of the conspiracy, and to effect the objects, designs, and purposes thereof, at least one of the conspirators committed, or caused to be committed, at least the following overt acts, among others, in the District of Maryland, and elsewhere:

a. On or about October 15, 2016, **ANNA MARIA CALDARARU** used a counterfeit access device to withdraw money from an M&T Bank ATM located at 10745 Falls Rd, Lutherville, MD.

b. On or about October 15, 2016, **FRANCISCO DUMITRU** used a counterfeit access device to withdraw money from an M&T Bank ATM located at 5642 Baltimore National Pike, Catonsville, MD.

c. On or about October 15, 2016, **FRANCISCO DUMITRU** used a second counterfeit access device to withdraw money from an M&T Bank ATM located at 5642 Baltimore National Pike, Catonsville, MD.

d. On or about October 19, 2016, **ANNA MARIA CALDARARU** used a counterfeit access device to withdraw money from an M&T Bank ATM located at 776 E. 25th St, Baltimore, MD.

e. On or about October 30, 2016, **ANNA MARIA CALDARARU** placed an ATM Skimmer on the ATM located at Cedar Point Federal Credit Union located at 1098 Solomons Island Road N., Prince Frederick, Maryland.

18 U.S.C. §1029(a)(1) and (b)(2)

## COUNT TWO
### (Access Device Fraud –
### Producing, Using, and Trafficking in Counterfeit Access Devices)

The Grand Jury for the District of Maryland further charges that:

1.     Paragraphs 1 through 3 of Count One of this Indictment are incorporated here.

2.     In or about October 2016, in the District of Maryland and elsewhere, the defendants,

### ANNA MARIA CALDARARU, and
### FRANCISCO DUMITRU,

knowingly and with intent to defraud, in an offense affecting interstate and foreign commerce, did produce, use, and traffic in one and more counterfeit access devices, to wit:  **CALDARARU** and **DUMITRU** used counterfeit debit cards to fraudulently withdraw money from bank accounts.

18 U.S.C. § 1029(a)(1)
18 U.S.C. § 2

## COUNT THREE
### (Access Device Fraud –
### Possession of Fifteen and More Counterfeit Access Devices)

The Grand Jury for the District of Maryland further charges that:

    1.    Paragraphs 1 through 3 of Count One of this Indictment are incorporated here.

    2.    On or about March 6, 2017, in the District of Maryland and elsewhere, the

defendants,

### ANNA MARIA CALDARARU and
### FRANCISCO DUMITRU,

knowingly and with intent to defraud, in an offense affecting interstate and foreign commerce, did

possess fifteen and more devices which were counterfeit and unauthorized access devices, to wit:

**CALDARARU** and **DUMITRU** possessed fifteen and more debit card numbers, which were stolen

through the use of ATM Skimmers.

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 2

<u>**COUNT FOUR**</u><br>
**(Access Device Fraud – Device-Making Equipment)**

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 3 of Count One of this Indictment are incorporated here.

2.      On or about March 6, 2017, in the District of Maryland and elsewhere, the defendants,

**ANNA MARIA CALDARARU and**<br>
**FRANCISCO DUMITRU,**

knowingly and with intent to defraud, in an offense affecting interstate and foreign commerce, did produce, traffic in, have control and custody of, and possess device-making equipment as that term is defined in Title 18, United States Code, Section 1029(e)(6), to wit: **CALDARARU** and **DUMITRU** had control and custody of, and possessed, components of ATM Skimmers and magnetic card re-encoding machines.

18 U.S.C. § 1029(a)(4)
18 U.S.C. § 2

## COUNT FIVE
### (Aggravated Identity Theft)

1.    Paragraphs 1 through 3 of Count One of this Indictment are incorporated here.

2.    From at least in or about October 2016, up to and including March 2017, in the District of Maryland and elsewhere, the defendants,

### ANNA MARIA CALDARARU and
### FRANCISCO DUMITRU,

knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit:  **CALDARARU** and **DUMITRU** transferred, possessed, and used other persons' debit and credit card numbers and associated personal identification numbers during and in relation to the offenses alleged in Count One (Conspiracy to Commit Access Device Fraud in violation of 18 U.S.C. §§ 1029(a)(1) & (b)(2)) and Counts Two through Four (Access Device Fraud in violation of 18 U.S.C.  § 1029(a)(1), (a)(3), and (a)(4) of this Indictment).

18 U.S.C. § 1028A(a)(1) & (b)
18 U.S.C. § 2

**FORFEITURE**

1.  The allegations of Counts One, Two, Three, and Four of this Indictment are incorporated here for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(B).

2.  Upon conviction of the offenses charged in Count Counts One, Two, Three, and Four of this Indictment, the defendants,

**ANNA MARIA CALDARARU and
FRANCISCO DUMITRU,**

shall forfeit to the United States of America any property that constitutes or is derived from proceeds obtained, directly or indirectly, as a result of the offenses, or is otherwise traceable to the offenses, including, but not limited to:

   a.  a Volkswagen Touareg vehicle, VIN WVGZM77L06D008598;

   b.  a diamond encrusted Breitling "Bentley Edition" watch;

   c.  an HP laptop, serial number 5CD6440CzJ; and

   d.  an HP laptop, serial number 5CD5206GDC.

3.  If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1) and 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B), (b)(1)
28 U.S.C. § 2461(c)

_Rod J. Rosenstein / gnv_
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson
Date: March 21, 2017

10