

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*

---

*Paul Riley*  
*Assistant United States Attorney*  
*Paul.Riley @usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

DIRECT: 410-209-4959  
MAIN: 410-209-4800  
FAX: 410-962-3091

April 12, 2017

**<u>VIA ECF</u>**

The Honorable Marvin J. Garbis
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:   *United States v. Anna Maria Caldaradu, Francisco Dumitru*, No. MJG-17-00155

Dear Judge Garbis:

    I write on behalf of the parties in the above-referenced matter to request respectfully that the Court set a deadline of May 12, 2017 for the parties to provide the Court with a status report.

    The parties have met and conferred and agree that such a deadline will provide them with additional time to evaluate the case and continue to explore whether a resolution short of trial may be reached.

                                Respectfully submitted,

                                  Rod J. Rosenstein
                                United States Attorney

                                _____/s/_____
                                Paul A. Riley
                                Assistant United States Attorney