

**U.S. Department of Justice**

*United States Attorney
District of Maryland*

*Paul Riley*  *Suite 400*  DIRECT: 410-209-4959
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Riley @usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

June 12, 2017

**BY ECF**

The Honorable Marvin J. Garbis
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:   *United States v. Anna Maria Caldararu, Francisco Dumitru*, No. MJG-17-00155

Dear Judge Garbis:

I write on behalf of the parties in the above-referenced matter to provide the Court with a status report.  The parties are currently in the midst of preliminary plea discussions and respectfully request that the Court set a deadline of July 27, 2017 for the parties to provide the Court with a further status report.

The parties have met and conferred and agree that such a deadline will provide them with additional time to continue to explore whether a resolution short of trial may be reached.

Very truly yours,

Stephen M. Schenning
Acting United States Attorney

_____*/s/*_____
Paul Riley
Assistant United States Attorney

CC:  All counsel (by ECF)