

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul Riley*      *Suite 400*      DIRECT: 410-209-4959
*Assistant United States Attorney*      *36 S. Charles Street*      MAIN: 410-209-4800
*Paul.Riley @usdoj.gov*      *Baltimore, MD 21201-3119*      FAX: 410-962-3091

August 24, 2018

<u>**VIA ECF**</u>

The Honorable Ellen L. Hollander
United States District Judge
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:     *United States v. Anna Maria Caldararu, Francisco Dumitru*, Criminal No. ELH-17-155

Dear Judge Hollander:

    The Government writes this letter in advance of the sentencings of Defendants Anna Maria Caldararu and Francisco Dumitru, which are currently scheduled for August 27, 2018 at 10:00 AM and August 27, 2018 at 11:00 AM, respectively.

    The Government wishes to inform the Court that it is no longer seeking as to either Defendant the two-level enhancement pursuant U.S.S.G. § 3B1.4. Thus, the parties now agree that the guideline calculation in each Defendant's Presentence Investigation ("PSR") should be adjusted to reflect that this enhancement does not apply.

    Furthermore, Defendant Caldararu's PSR should be adjusted to reflect that she had her initial appearance on March 6, 2017 and was ordered detained at that time.

                            Respectfully submitted,

                            Robert K. Hur
                            United States Attorney

                            /s/
        By:    Paul A. Riley
              Assistant United States Attorney

cc:    Justin Brown, Esq.; Harry Trainor, Esq. (by ECF)
        Nikki Martin, Nicole Wonnemann, U.S. Probation Officers (by electronic mail)