FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 AUG 27 PM 5: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | * Crim. No. ELH-17-155 |
| ANNA MARIA CALDARARU and | * |
| FRANCISCO DUMITRU, | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF RESTITUTION

**WHEREAS,** the defendants, Anna Maria Caldararu and Francisco Dumitru, pled guilty pursuant to a written plea agreement to Counts One and Five of the Indictment, charging each with Conspiracy to Commit Access Device Fraud in violation of 18 U.S.C. §§ 1029(a)(1) and Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1), respectively.

**WHEREAS,** pursuant to each's plea agreement, each defendant agreed that, pursuant to 18 U.S.C. §§ 3663 and 3663A and §§ 3563(b)(2) and 3583(d), the Court may order restitution of the full amount of the actual, total losses caused by the offense conduct set forth in the factual stipulation in the plea agreement.

**WHEREAS,** pursuant to the factual stipulation in each defendant's plea agreement, the defendants each agreed that each owes, jointly and severally, a total of $269,995.35 in restitution to the various victim financial institutions.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Pursuant to 18 U.S.C. §§ 3663A and 3771, total restitution in the amount of

$269,995.35 for which the defendants are jointly and severally liable is ordered for the identified victims set forth below, and the total amount of restitution is payable in full immediately.

2. The amounts payable to each victim are as follows:

   a. DuPont Community Credit Union, 140 Lucy Lane, Waynesboro, VA 22980: $67,283.50

   b. First United Bank & Trust, 130 S. Edgewood Dr., Hagerstown, MD 21740: $72,000

   c. City National Bank, 1700 West King Street, Martinsburg, WV:   $45,963

   d. Capital One Bank, 6400 Belcrest Rd., Hyattsville, MD 20782:   $7,704.85

   e. Cedar Point Federal Credit Union, 90 Auto Drive, Prince Frederick, MD 20678: $6,526

   f. Argent Federal Credit Union, 11900 Chester Village Dr., Chester, VA 23831: $67,000

   g. Pacific Marine Credit Union, 40325 Winchester Rd, Temecula, CA 92591: $1,722

   h. United Bank, 1219 Mt. Aetna Rd, Hagerstown, MD 21742:   $1,796

Date: 8/27/18

Honorable Ellen L. Hollander
United States District Judge

2